IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED DEC 0 4 2014

MARC BROOKS                     :          CIVIL ACTION

     v.                        :

GERALD ROZUM, et al.            :          NO. 13-6805

## O R D E R

AND NOW, this _____3rd_____ day of _____December_____, 2014, upon careful and

independent consideration of the pleadings and record herein, and after review of the Report and

Recommendation of Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1.     The Report and Recommendation is APPROVED and ADOPTED;

2.     The petition for a writ of habeas corpus (Doc. 1) is DENIED; and

3.     A certificate of appealability is not granted.

BY THE COURT:

_____
ANITA B. BRODY,                     J.

**ENTERED**

DEC 0 5 2014

CLERK OF COURT