# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC BROOKS, | : | |
|     Petitioner. | : | CIVIL ACTION |
| | : | No. 13-6805 |
| v. | : | |
| | : | |
| GERALD L. ROZUM, et al., | : | |
| | : | |
|     Respondents. | : | |

## ORDER

**AND NOW**, this 28TH day of July, 2022, it is **ORDERED** that Petitioner's Motion for Independent Action for Relief from Order Denying Section 2254 Habeas Petition or, Alternatively, for Relief Under Rule 60 F.R.Civ.P. (ECF No. 15) is **DENIED**. A certificate of appealability is not granted.

                                                  _s/ANITA B. BRODY, J._____
                                                  ANITA B. BRODY, J.

Copies **VIA ECF**